FRANK D'AVERSA, Appellant, *v.* ALFONSO GUIDO, Respondent.

*Easements — injunction — damages — action to restrain interference with use of sewer — improper award of damages.*

*D'Aversa* v. *Guido,* 213 App. Div. 355, affirmed.
(Submitted January 31, 1927; decided February 23, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered July 8, 1925, reversing so much of a judgment in

favor of plaintiff, entered upon a decision of the court on trial at Special Term, as awarded damages in an action brought to restrain the defendant from interfering with the use and enjoyment by plaintiff of a sewer constructed by him through defendant's land.

*William Klein* for appellant.

*Philip Wolinsky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.